United States District Court
Southern District of Texas
FILED

DEC 1 9 2006

Michael N. Milby
Clerk of Court


## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REY ENRIQUEZ AND MARIA ISABEL | § | |
| ENRIQUEZ, INDIVIDUALLY AND | § | |
| AS NEXT FRIEND OF MARISSA | § | |
| ENRIQUEZ, A MINOR | § | |
| | § | CIVIL ACTION NO. B-92-34 |
| vs. | § | |
| | § | |
| THE HANKSCRAFT DIVISION | § | |
| OF GERBER PRODUCTS COMPANY | § | |

## MOTION TO WITHDRAW FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Frank Costilla, Attorney Ad Litem, and moves this Honorable Court to enter

an order permitting the withdrawal of the principle and all accrued interest belonging to Marissa

Enriquez, a minor who has now reached majority age.  In support of this motion the Movant would

state to this Honorable Court as follows:

1.  Marissa Enriquez was awarded the amount of Forty-Five Thousand Seven Hundred
    Fifty Eight and 28/100 ($45,758.28) Dollars plus accrued interest in settlement
    against The Hankscraft Division of Gerber Products Company for personal injuries
    which settlement was in all things approved by this Honorable Court;

2.  Said monies were ordered in the Registry of this Court to be further deposited and
    invested on behalf of Marissa Enriquez;

3.  The principle and all accrued interest is due to Marissa Enriquez since she reached
    majority age.  See copy of Certificate of Birth attached as Exhibit "A."

WHEREFORE, the Movant requests permission to withdraw the principle and all accrued

interest thereon due to Marissa Enriquez and that any official at the investment facility having

control and access to the account, be allowed to remove such sums at the request of this Movant and

only for the purpose stated in this motion.

Date: _12/19/06_____

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:    (956) 541-4982
Facsimile:    (956) 544-3152

Frank Costilla
Federal I.D. No. 1509
State Bar No. 04856500

**ATTORNEY AD LITEM**