IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REY ENRIQUEZ AND MARIA ISABEL ENRIQUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARISSA ENRIQUEZ, A MINOR § § § § § vs. § § THE HANKSCRAFT DIVISION § OF GERBER PRODUCTS COMPANY § | CIVIL ACTION NO. B-92-34 |

## ORDER PERMITTING TO WITHDRAW FUNDS

ON THIS the _____ day of _____, 2006, came on to be heard the request of Frank Costilla, Attorney Ad Litem for Marissa Enriquez, to withdraw the principle and all accrued interest belonging to Marissa Enriquez deposited into the registry of this Court.

The purpose having been made known to this Court as being Marissa Enriquez has reached majority age. It is hereby the opinion of this Court and;

**ORDERED** that Frank Costilla, Attorney Ad Litem for Marissa Enriquez, who has now reached majority age is authorized to withdraw the principle and all accrued interest deposited with the registry of the Court.

SIGNED this _____ day _____, 2006.

_____
JUDGE PRESIDING