**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-**

| | | |
|---|---|---|
| REY ENRIQUEZ AND MARIA ISABEL | § | |
| ENRIQUEZ, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MARISSA | § | |
| ENRIQUEZ, A MINOR., | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-92-034 |
| VS. | § | |
| | § | |
| THE HANKSCRAFT DIVISION OF | § | |
| GERBER PRODUCTS COMPANY, | § | |
|     Defendant. | § | |

## ORDER FOR DISBURSEMENT OF MINOR'S FUNDS

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Marissa Enriquez was a minor child. The minor has now provided satisfactory evidence that she has reached the age of majority and is entitled to the funds.

IT IS HEREBY ORDERED that Plaintiff's Motion for Disbursements of Funds from the Registry of the Court (Docket No. 48) be GRANTED.

IT IS FURTHER ORDERED that the Clerk DISBURSE and DELIVER to Marissa Enriquez, c/o Frank Costilla, Attorney Ad Litem, 5 East Elizabeth Street, Brownsville, Texas, 78520, the principal of $39,076.05, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other order entered by the Court in this case.

DONE at Brownsville, Texas, this 20th day of December, 2006.

_____
John Wm. Black
United States Magistrate Judge