# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



David B Person
Brock Person
10101 Reunion Pl
Ste 1000
San Antonio TX 78216

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 2 7 2006

MICHAEL N. MILBY, CLERK OF COURT

Case: 1:92-cv-00034   Instrument: 49   (1 pages)   aty
Date: Dec 20, 2006
Control: 061223353
Notice: The attached order has been entered.

The United States District Court for the Southern District of Texas proposes to amend its rules to require electronic filing in civil and criminal cases, effective January 1, 2007.

The new procedures can be found on our web page at http://www.txs.uscourts.gov/ or specifically:

Proposed Amended Local Rule 5.1 and Administrative Procedures for Electronic Filing in Civil and Criminal Cases
http://www.txs.uscourts.gov/news/notice091806.pdf

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

DEC 27 2006

_____, Clerk of Court

HOUSTON TX
20 DEC 2006

Mailed From 77
US POSTA

7821574157
77208@1010

NIXIE        782        1        00   12/23/06
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 77208101010        *1833-08981-20-38